UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA WILLIAMS, | Case No.: 3:20-CV-00082-RCJ-CLB |
| Plaintiff, | ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 5) |
| vs. | |
| YOUNION AT RENO, | |
| Defendants. | |

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla L. Baldwin (ECF No. 5[1]) entered on June 11, 2020, recommending that the Court grant Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 4) and file her Complaint (ECF No. 1-1) and the Complaint be dismissed without prejudice.  No objection to the Report and Recommendation has been filled.

This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that Magistrate Judge Baldwin's Report and Recommendation (ECF No. 5) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 4) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file Plaintiff's Complaint (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the Clerk shall enter close this case.

**IT IS SO ORDERED**.

Dated this 9th day of July, 2020.

_____
ROBERT C. JONES
United States District Judge